IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEON TAYLOR CLARK,

    Petitioner,               No. CIV 04-2656 LKK CMK P

    vs.

TOM CAREY, Warden,

    Respondent.           ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file an answer.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's request to proceed in forma pauperis is granted;

        2. Respondent is directed to file an answer within forty-five days from the date of this order. See Rule 4, Rules Governing Section 2254 Cases. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application. Rule 5, Rules Governing Section 2254 Cases;

1              3.  Petitioner's traverse, if any, is due on or before thirty days from the date
2  respondents' answer is filed;
3              4.  The Clerk of the Court shall serve a copy of this order together with a copy of
4  petitioner's application for writ of habeas corpus on Michael Patrick Farrel, Senior Assistant
5  Attorney General.

7  DATED:  October 27, 2006.

                                          _____
                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE